UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-81437-CIV-SINGHAL/MATTHEWMAN

HOWARD COHAN,

    Plaintiff,

v.

TRATTORIA ROMANA, INC.,
a Florida Profit Corporation,
d/b/a TRATTORIA ROMANA,

    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S INTERIM REPORT AND RECOMMENDATION

**THIS MATTER** has come before the Court on Plaintiff Howard Cohan's ("Plaintiff") Motion to Enforce Settlement Agreement (the "Motion") (DE [13]), which was referred to the magistrate judge for Report and Recommendation. The magistrate judge issued an Interim Report and Recommendation (DE [32]) on January 5, 2024, recommending that the Court enter an Order (1) finding that the Court has jurisdiction to address Plaintiff's Motion to Enforce Settlement Agreement (DE [13]) as to Defendant Trattoria Romana, Inc. ("Trattoria Romana"); (2) finding that the Court does not have jurisdiction over non-party Luff's Fish House, LLC ("Luff's"); (3) denying in part the Motion to Enforce Settlement Agreement (DE [13]) as it relates to non-party Luff's; and (4) denying Defendant Trattoria Romana's and non-party Luff's statute of limitations arguments as inapplicable, moot, and without merit. The Court has reviewed the entire file and record and has made a *de novo* review of the issues. No objections to the magistrate judge's Interim Report and Recommendation having been filed, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The magistrate judge's Interim Report and Recommendation (DE [32]) is **AFFIRMED** and **ADOPTED.**

2. Plaintiff's Motion to Enforce Settlement Agreement (DE [13]) is **DENIED IN PART** as it relates to non-party Luff's Fish House, LLC.

3. The Motion to Enforce Settlement Agreement (DE [13]) remains pending as to Trattoria Romana, Inc.  The magistrate judge is requested to issue a Final Report and Recommendation on the Motion to Enforce Settlement Agreement (DE [13]).

**DONE AND ORDERED** in Chambers, Fort Lauderdale, Florida, this 23rd day of January 2024.

_____
RAAG SINGHAL
UNITED STATES DISTRICT JUDGE

Copies furnished counsel via CM/ECF